IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT TAYLOR, #130155,        : | |
|     Plaintiff,        : | |
|             : | |
| v.        : | CIVIL ACTION 15-00081-KD-N |
|             : | |
| MEDICAL STAFF,        : | |
|     Defendant.        : | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 14, 2015, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action is **DISMISSED without prejudice** for failure to prosecute.

**DONE** and **ORDERED** this the **2**nd day of **November 2015.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**